## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION NO. 6:20-cv-577-ADA |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE

Please take notice that attorney Brett A. Mangrum of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Mangrum hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: July 8, 2020**

Respectfully submitted,

/s/ *Brett A. Mangrum*

Brett A. Mangrum
Texas State Bar No. 24065671
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Brett@EtheridgeLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on July 8, 2020.

*/s/ Brett A. Mangrum*

Brett A. Mangrum