IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00577-ADA |
| Plaintiff, | § § | PATENT CASE |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER

WHEREFORE, the Court, having before it Google's Motion to Dismiss Under Federal Rule 12(b)(6) for Failure to State a Claim (Dkt. 16) (the "Motion") and Plaintiff's response thereto, finds no good cause to dismiss this case. The Court hereby DENIES the Motion.

Date: _____

_____
PRESIDING JUDGE

1