# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00577-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER CANCELLING TELEPHONIC SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **TELEPHONIC SCHEDULING CONFERENCE** on **Friday, October 16, 2020 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 16th day of October, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE