IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-00571-ADA CIVIL ACTION 6:20-cv-00572-ADA |
| *Plaintiff,* | § § § § § § § | CIVIL ACTION 6:20-cv-00573-ADA CIVIL ACTION 6:20-cv-00574-ADA CIVIL ACTION 6:20-cv-00575-ADA CIVIL ACTION 6:20-cv-00576-ADA CIVIL ACTION 6:20-cv-00577-ADA CIVIL ACTION 6:20-cv-00578-ADA |
| v. | § § § § § § | CIVIL ACTION 6:20-cv-00579-ADA CIVIL ACTION 6:20-cv-00580-ADA CIVIL ACTION 6:20-cv-00581-ADA CIVIL ACTION 6:20-cv-00582-ADA CIVIL ACTION 6:20-cv-00583-ADA |
| GOOGLE LLC, *Defendant.* | § § | CIVIL ACTION 6:20-cv-00584-ADA CIVIL ACTION 6:20-cv-00585-ADA |

**JOINT MOTION TO ENTER FIRST AMENDED SCHEDULING ORDER**

TO THE HONORABLE COURT:

In light of the Court's release of version 3.2 of the Court's standard Order Governing Proceedings ("OGP 3.2"), the Parties seek to amend the scheduling ordering entered November 5, 2020. The Parties have adopted the Markman briefing format in OGP 3.2 in the Proposed First Amended Scheduling Order attached as Exhibit A – making the changes as set forth below.

| | |
|---|---|
| January 22, 2021<br>(14 weeks after the CMC) | ~~Parties~~ Plaintiff file~~s~~ Opening claim construction brief~~s~~, including any arguments that any claim terms are indefinite. |
| ~~February 5, 2021~~<br>~~(16 weeks after the CMC)~~ | ~~The parties shall disclose the identity of any rebuttal expert witness they may rely upon in their response brief with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.~~ |
| February 12, 2021<br>(17 weeks after the CMC) | ~~Parties~~ Defendant file~~s~~ Responsive claim construction brief~~s~~. |
| February 26, 2021<br>(19 weeks after the CMC) | ~~Parties~~ Plaintiff file~~s~~ Reply claim construction brief~~s~~. |
| March 12, 2021 | Defendant files a Sur-Reply claim construction brief. |
| March 15, 2021<br>(~~20 weeks after CMC~~ 3 days after sur-reply) | Parties submit Joint Claim Construction Statement and provide copies of briefs to the Court. |

Date: November 10, 2020    Respectfully submitted,

By:    /s/ James L. Etheridge
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeff Huang
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com

Jeff@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*


/s/   Michael E. Jones
Michael E. Jones (Texas Bar No. 10929400)
Patrick C. Clutter (Texas Bar No. 24036374)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
patrickclutter@potterminton.com


Tharan Gregory Lanier (*pro hac vice*)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
 tglanier@jonesday.com


Matthew S. Warren (*pro hac vice*)
Jen Kash (*pro hac vice*)
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
matt@warrenlex.com
jen@warrenlex.com

*Attorneys for Defendant Google LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 30th day of November 10, 2020.

*/s/ James L. Etheridge*
James L. Etheridge