# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00571-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00572-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00573-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00574-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00575-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00576-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00577-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00578-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00579-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00580-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00581-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00582-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00583-ADA** |
| **GOOGLE LLC,** | § | **CIVIL ACTION 6:20-cv-00584-ADA** |
| *Defendant.* | § | **CIVIL ACTION 6:20-cv-00585-ADA** |

## WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF EXTRINSIC EVIDENCE

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has disclosed the extrinsic evidence it intends to rely upon concerning claim construction on Defendant Google LLC via electronic mail on January 13, 2021.

DATED:  January 14, 2021                    Respectfully submitted,

                                                 By:  */s/ Mark D. Siegmund*_____
                                                 Mark D. Siegmund
                                                 State Bar No. 24117055
                                                 mark@waltfairpllc.com
                                                 **Law Firm of Walt, Fair PLLC.**
                                                 1508 North Valley Mills Drive
                                                 Waco, Texas 76710
                                                 Telephone: (254) 772-6400
                                                 Facsimile: (254) 772-6432

                                                 *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

     A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 14th day of January 2021.

                                                 /s/ *Mark D. Siegmund*
                                                 Mark D. Siegmund