IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00577-ADA |
| Plaintiff, | § § | |
| v. | § § § | PATENT CASE |
| GOOGLE LLC, | § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW/STRIKE DOCUMENT**

On January 22, 2021, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") inadvertently filed a claim construction brief in this matter that should have been and was filed in another matter, 6:20-cv-00574. WSOU hereby moves that Docket Entry No. 35 be stricken from this docket. Counsel for WSOU has consulted with counsel for Defendant Google LLC, and Google is unopposed to this motion.

Dated: January 25, 2021

Respectfully submitted,

*/s/ Ryan S. Loveless*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
Brett A. Mangrum
Texas State Bar No. 24065671
Jeffrey Huang
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092

Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Brett@EtheridgeLaw.com
JeffH@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Defendant Google LLC via email on January 22 and January 25, 2021 and that Google is unopposed to the relief sought herein.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via email in accordance with the Federal Rules of Civil Procedure on January 25, 2021.

*/s/ Ryan S. Loveless*
Ryan S. Loveless