IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00577-ADA |
| Plaintiff, | § § | PATENT CASE |
| v. | § § | |
| GOOGLE LLC, | § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER

WHEREFORE, the Court, having before it WSOU's Unopposed Motion to Strike Document ECF No. 35, the Court finds good reason to do so. The Clerk is hereby ordered to remove the document filed at Docket Entry No. 35 from the docket in this matter.

Date: _____

Honorable Judge Albright

1