IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a | § | |
| BRAZOS LICENSING AND | § | |
| DEVELOPMENT | § | CIVIL ACTION NO. 6:20-cv-575[ADA] |
| v. | § | CIVIL ACTION NO. 6:20-cv-577[ADA] |
| | § | CIVIL ACTION NO. 6:20-cv-580[ADA] |
| GOOGLE LLC | § | CIVIL ACTION NO. 6:20-cv-585[ADA] |

## OPPOSED MOTION FOR ORAL HEARING ON DEFENDANT GOOGLE LLC'S MOTIONS TO DISMISS

Defendant Google LLC ("Google"), pursuant to Local Rule CV-7(h), respectfully requests a virtual oral hearing on Google's pending Motions to Dismiss and would show the Court as follows:

1. In civil action numbers 6:20-cv-575 and 6:20-cv-577, Google filed its Motion to Dismiss Under Federal Rule 12(b)(6) For Failure to State a Claim for Relief on September 11, 2020 at Docket No. 16; Plaintiff filed its opposition on September 25, 2021 at Docket No. 19; and Google filed its Reply on October 2, 2020 at Docket No. 21. No Sur-reply was filed, and briefing has thus ended with regard to Google's Motion to Dismiss in these matters.

2. In civil action numbers 6:20-cv-580 and 6:20-cv-585 Google filed its Motion to Dismiss Under Federal Rule 12(b)(6) For Failure to State a Claim for Relief on September 11, 2020 at Docket No. 18; Plaintiff filed its opposition on September 25, 2021 at Docket No. 21; and Google filed its Reply on October 2, 2020 at Docket No. 23. No Sur-reply was filed, and briefing has thus ended with regard to Google's Motion to Dismiss in these matters.

3. Google recognizes that the Court has discretion regarding whether to conduct a hearing, and respectfully submits that oral argument will aid the Court in resolving the legal and factual issues implicated by Google's Motions to Dismiss.

WHEREAS, Google respectfully requests it set a virtual oral hearing on Google's Motions to Dismiss filed in civil action numbers 6:20-cv-575, 6:20-cv-577, 6:20-cv-580 and 6:20-cv-585.

Dated: April 8, 2021

Respectfully submitted by,

*/s/ Tharan Gregory Lanier with permission, by Michael E. Jones*
Tharan Gregory Lanier (pro hac vice)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Patrick C. Clutter (Texas Bar No. 24036374)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
patrickclutter@potterminton.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Chris Z. Liu
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
czliu@jonesday.com

Matthew S. Warren (California Bar No. 230565)
Jennifer A. Kash (California Bar No. 203679)
*(pro hac vice)*
Erika Warren (California Bar No. 295570)

**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-580@cases.warrenlex.com
20-585@cases.warrenlex.com

**ATTORNEYS FOR DEFENDANT
GOOGLE LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), counsel for Defendant, Google LLC, conferred with counsel for Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, in a good-faith effort to resolve the matter presented herein and counsel for Plaintiff opposed the motion as drafted.

*/s/ Michael E. Jones*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 8, 2021, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Michael E. Jones*