IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00575-ADA CIVIL ACTION 6:20-CV-00577-ADA CIVIL ACTION 6:20-CV-00580-ADA CIVIL ACTION 6:20-CV-00585-ADA |
| Plaintiff, | § § | |
| v. | § § | PATENT CASE |
| GOOGLE LLC, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**RESPONSE OPPOSING DEFENDANT'S MOTION FOR ORAL HEARING ON DEFENDANT GOOGLE LLC'S MOTION TO DISMISS**

WSOU recognizes that this Court has discretion whether to conduct a hearing, and respectfully submits that Google's motion for oral hearing on its motions to dismiss in the above-captioned cases should be denied. WSOU does not believe an oral hearing is necessary to clarify any issues implicated by Google's motions to dismiss.

| | |
|---|---|
| Dated: April 22, 2021 | Respectfully submitted, |
| | |
| | /s/ Ryan S. Loveless |
| | James L. Etheridge |
| | Texas State Bar No. 24059147 |
| | Ryan S. Loveless |
| | Texas State Bar No. 24036997 |
| | Travis L. Richins |
| | Texas State Bar No. 24061296 |
| | Brett A. Mangrum |
| | Texas State Bar No. 24065671 |
| | Jeffrey Huang |
| | ETHERIDGE LAW GROUP, PLLC |
| | 2600 E. Southlake Blvd., Suite 120 / 324 |
| | Southlake, Texas 76092 |
| | Telephone: (817) 470-7249 |
| | Facsimile: (817) 887-5950 |
| | Jim@EtheridgeLaw.com |
| | Ryan@EtheridgeLaw.com |
| | Travis@EtheridgeLaw.com |
| | Brett@EtheridgeLaw.com |
| | JeffH@EtheridgeLaw.com |
| | |
| | Mark D. Siegmund |
| | Texas State Bar No. 24117055 |
| | LAW FIRM OF WALT FAIR, PLLC |
| | 1508 North Valley Mills Drive |
| | Waco, Texas 76710 |
| | Telephone: (254) 722-6400 |
| | Facsimile: (254) 722-6432 |
| | mark@waltfairpllc.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via email in accordance with the Federal Rules of Civil Procedure on April 22, 2021.

                                                              /s/ Ryan S. Loveless
                                                              Ryan S. Loveless