# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT <br><br> *Plaintiff,* <br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | § § § § § § § § § § § § <br><br> CIVIL ACTION 6:20-CV-00577-ADA <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT STIPULATION AND FINAL JUDGMENT

Upon consideration of the parties' Joint Stipulation of Dismissal and Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted, and final judgment is entered in the above-captioned case.

SO ORDERED this 12th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE